DONALD MOODY *v.* COMMISSIONER OF CORRECTION

The petitioner Donald Moody's petition for certification for appeal from the Appellate Court, 108 Conn. App. 96 (AC 27967), is denied.

*Peter Tsimbidaros,* special public defender, in support of the petition.

*Melissa L. Streeto,* assistant state's attorney, in opposition.

Decided July 1, 2008

ANTHONY CARTER *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony Carter's petition for certification for appeal from the Appellate Court, 106 Conn. App. 464 (AC 27912), is denied.

*Anthony Carter,* pro se, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.